JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR GILL,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1 TO 10, inclusive,<br><br>    Defendants. | **CASE NO. SACV11-1016 JST (RNBx)**<br><br>**JUDGMENT FOLLOWING GRANTING MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT TARGET STORES, A DIVISION OF TARGET CORPORATION, AGAINST THE COMPLAINT BY PLAINTIFF WILBUR GILL**<br><br>Trial Date:  07/24/12<br>Trial Time:  9:00 a.m.<br>Pre-Trial Conference Date;  07/09/12<br>Pre-Trial Conference Time;  1:30 p.m. |

The Court, having considered the "Motion for Summary Judgment by Defendant Target Stores, a Division of Target Corporation, Against the Complaint for Damages by Plaintiff Wilbur Gill," and having ruled to **GRANT** said Motion as prayed,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant Target Stores, A Division Of Target

1

JUDGMENT FOLLOWING GRANTING MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT TARGET STORES, A DIVISION OF TARGET CORPORATION, AGAINST THE COMPLAINT BY PLAINTIFF WILBUR GILL

1   Corporation, that Plaintiff Wilbur Gill take nothing by the Complaint in this
2   action, and that Defendant recover costs from Plaintiff.

6   Dated: June 18, 2012           _____
7                                   Hon. Josephine Staton Tucker
                                    UNITED STATES DISTRICT JUDGE